IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHDMAHIR BIN ABDULLAH, | No. 2:17-CV-2522-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On August 10, 2018, the court directed plaintiff to show cause why this action should not be dismissed for failure to submit documents for service. A review of the docket reflects that plaintiff has now complied with service requirements. The order to show cause is, therefore, discharged.

IT IS SO ORDERED.

Dated: September 20, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1