# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHDMAHIR BIN ABDULLAH,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:17-CV-2522-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). A review of the docket reflects that plaintiff has filed her opening brief. Good cause appearing therefor, the order to show cause issued on January 16, 2019, is hereby discharged.

IT IS SO ORDERED.

Dated: March 26, 2019

_____
DENNIS M. COTA